UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 14 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

HARVEST AID, LLC, a California limited liability company,

Plaintiff - Appellee,

v.

WAX WORKS, INC., a Kentucky corporation,

Defendant - Appellee,

v.

STEVEN PAUL, an individual; et al.,

Defendant-third-pty-plaintiffs - Appellants.

No. 24-7375

D.C. No.
2:21-cv-04154-SSS-KS

Central District of California, Los Angeles

MANDATE

HARVEST AID, LLC,

Plaintiff - Appellee,

v.

STEVEN PAUL; et al.,

Defendant-third-pty-plaintiffs - Appellants,

v.

WAX WORKS, INC.,

No. 25-2589

D.C. No.
2:21-cv-04154-SSS-KS

Central District of California, Los Angeles

Third-pty-defendant.

HARVEST AID, LLC, a California limited liability company,

Plaintiff - Appellant,

v.

WAX WORKS, INC., a Kentucky corporation,

Defendant,

v.

STEVEN PAUL, an individual; et al.,

Defendant-third-pty-plaintiffs - Appellees.

No. 25-2711

D.C. No. 2:21-cv-04154-SSS-KS

Central District of California, Los Angeles

The judgment of this Court, entered April 22, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT